

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| In the Interest of A. S. M., a Child, | § | No. 08-19-00212-CV |
| Appellant. | § | Appeal from the |
|  | § | 65th District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2004CM737) |
|  | § |  |

# **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **January 26, 2020.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James D. Lucas, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before January 26, 2020.

IT IS SO ORDERED this 22nd day of January, 2020.


PER CURIAM


Before Alley, C.J., Rodriguez and Palafox, JJ.